While I agree that this case must be returned for further proceedings, I write to point out that, on remand, the trial court should also consider what impact, if any, the Equine Activities Liability Protection Act may have upon this case. Ala. Code 1975, § 6-5-337. The trial court expressly denied Bynum's request for immunity, pursuant to that Act, based upon Bynum's failure to post the required warning signs. It may be that, although the Act does not afford liability protection for Bynum under these circumstances, the Act may lend guidance to the trial court in determining matters regarding Ford's risks involved in inspecting or evaluating the horses for sale, or in Bynum's risks in permitting Ford, as a prospective purchaser, to inspect or evaluate horses for sale. Ala. Code 1975, §6-5-337(b)(3)d. Furthermore, I note that our legislature has identified certain inherent risks involved in equine activities. Ala. Code 1975, § 6-5-337(b)(6).